# EXHIBIT D

**Scotts' EZ Seed Label Claim**

